UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:14-cv-01273-MJD-WTL ) |
| SUNSET STRIP, INC., ANDRE HOLT, | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Declaratory judgment is hereby entered in favor of Plaintiff and against Defendants Sunset Strip, Inc., and Andre Holt as follows: 1) Nautilus policy number NN175053 excludes and does not cover Sunset Strip, Inc. for any liability or claims arising out of the April 27, 2012 attack on Andre Holt, including the action filed in Indiana state court against Sunset Strip, Inc. under Cause No. 49D01-1404-CT-013582; and 2) Nautilus owes no duty to defend or indemnify Sunset Strip, Inc. and/or any of its owners, incorporators or shareholders under the terms of Nautilus policy number NN175053 in response to Andre Holt's state court action under Cause No. 49D01-1404-CT-013582 and any claim or lawsuit that has been or may be made or filed by Andre Holt arising out of the April 27, 2012 attack on Holt.

**SO ORDERED.**

Date: 07/28/2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Teresa L. Todd
territodd@sbcglobal.net

Michael Wesley McBride
COHEN & MALAD LLP
mmcbride@cohenandmalad.com

Richard M. Malad
COHEN & MALAD LLP
rmalad@cohenandmalad.com

Scott B. Cockrum
HINSHAW & CULBERTSON
scockrum@hinshawlaw.com

Jason A. Shartzer
SHARTZER LAW FIRM LLC
jshartzer@shartzerlaw.com